IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| UNITED STATES OF AMERICA | : | SUPERSEDING |
| --- | --- | --- |
| v. | : | 1:25CR375-1 |
| ERIK JAMES MOORE | : | |

The Grand Jury charges:

## COUNT ONE

From on or about August 7, 2025, continuing up to and including on or about October 1, 2025, the exact dates to the Grand Jurors unknown, in the Counties of Orange, Moore, and Richmond, in the Middle District of North Carolina, ERIK JAMES MOORE, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

From on or about August 14, 2025, continuing up to and including on or about October 1, 2025, in the Counties of Orange, Moore, and Richmond, in the Middle District of North Carolina, ERIK JAMES MOORE did knowingly attempt to and did sell and otherwise dispose of firearms in and otherwise affecting interstate commerce, to another person, knowing and having

reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, possession of a firearm with an obliterated serial number in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1), and sale or possession of a firearm on which the permanent serial number had been altered, defaced, destroyed, or removed for the purpose of concealing or misrepresenting the identity of the firearm, in violation of North Carolina General Statute Section 14-160.2; in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

DATED: November 24, 2025

DAN BISHOP
United States Attorney

*[signature]*
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

2